The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

SHANNA CARTER-ZANDERS,

Defendant.

NO. 2:24-cr-00122-RAJ

**ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Shanna Carter-Zander's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $105,030.60, representing the proceeds Defendant obtained from her commission of *Conspiracy to Commit Bank Fraud*, in violation of 18 U.S.C. §§ 1344 and 1349.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate for the following reasons:

///

ORDER OF FORFEITURE - 1
*United States v. Carter-Zanders*, 2:24-cr-00122-RAJ

1.    The proceeds of *Conspiracy to Commit Bank Fraud*, in violation of 18 U.S.C. §§ 1344 and 1349, are forfeitable pursuant to 18 U.S.C. § 982(a)(2)(A);

2.    In her Plea Agreement, Defendant agreed to forfeit this $105,030.60 sum of money pursuant to 18 U.S.C. § 982(a)(2)(A), as it constitutes or is derived from proceeds Defendant obtained as a result of the bank fraud scheme, charged in Count 1 of the Indictment, to which she pleaded guilty (Dkt. Nos. 1, 86 ¶ 13); and

3.    The forfeiture of this $105,030.60 sum of money is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1.    Pursuant to 18 U.S.C. § 982(a)(2)(A), and her Plea Agreement, Defendant's interest in the above-identified $105,030.60 sum of money is fully and finally forfeited, in its entirety, to the United States;

2.    Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time she is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3.    No right, title, or interest in the identified sum of money exists in any party other than the United States;

4.    Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this $105,030.60 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $105,030.60; and

///

///

ORDER OF FORFEITURE - 2
*United States v. Carter-Zanders*, 2:24-cr-00122-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5.      The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.


DATED this 15th day of May, 2026.

_____
The Honorable Richard A. Jones
United States District Judge


Presented by:

  s/ Karyn S. Johnson
KARYN S. JOHNSON
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov
Jehiel.Baer@usdoj.gov


  s/ Cory Endo
CORY ENDO
Federal Public Defender's Office
1601 5th Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 830-2926
Fax: (206) 553-0120
Corey_Endo@fd.org
Counsel for Defendant

ORDER OF FORFEITURE - 3
*United States v. Carter-Zanders*, 2:24-cr-00122-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

_s/ Sean Gillespie_
SEAN GILLESPIE
Carney Gillespie
600 1st Avenue
Seattle, WA 98104
Phone: (206) 445-0220
Sean.gillespie@carneygillespie.com
Counsel for Defendant

ORDER OF FORFEITURE - 4
*United States v. Carter-Zanders*, 2:24-cr-00122-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970